

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMN
F. #2013R01397

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2014

<u>By Email</u>
Matthew Keller, Esq.
Peter R. Ginsberg Law LLC
80 Pine Street, 33rd Floor
New York, New York 10005
646-374-0026
mkeller@prglaw.com

      Re:    United States v. Alex Barrett, et al.
               Criminal Docket No. 14-356 (ENV)

Dear Mr. Keller:

      Enclosed please find a proposed plea agreement, which constitutes a plea offer that must be communicated to your client promptly. <u>Missouri v. Frye</u>, 132 S. Ct. 1399, 1408 (2012); <u>see</u> <u>also</u> N.Y. Rules of Prof'l Conduct R. 1.4(a)(1)(iii). This proposed plea agreement contains all the terms of the government's plea offer, and it supersedes any prior plea offers that may have been made. This plea offer expires after August 15, 2014, and may be revoked by the government, in its sole discretion, at any time before its expiration. If your client rejects the plea offer and is convicted after trial, your client's sentencing exposure under the relevant statutes and Sentencing Guidelines is likely to be higher after trial than if the proposed plea agreement were to be entered.

      If you have any questions or concerns, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/Walter M. Norkin
      Walter M. Norkin
      Assistant U.S. Attorney
      (718) 254-6152

Enclosure

cc. Clerk of Court (ENV) (by ECF w/o Encl.)